```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                               Case No. 10-cr-50-PB

**William Provencher**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for September 8, 2010, citing the need for additional time to complete a treatment program in which defendant is currently enrolled and prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons, the court will continue the trial from September 8, 2010 to November 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2010 final pretrial conference is continued to October 28, 2010 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 24, 2010

cc: David Bownes, Esq.
William Morse, AUSA
United States Probation
United States Marshal