```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 10-cr-50-PB

**William Provencher**


### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for November 2, 2010 for a period of 45 days, citing the need for additional time to complete a treatment program and finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from November 2, 2010 to January 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 28, 2010 final pretrial conference is continued to December 20, 2010 at 2:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 27, 2010

cc: David Bownes, Esq.
William Morse, AUSA
United States Probation
United States Marshal